UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDWARD EDGAR,
Plaintiff,

v. Case No. 6:26-CV-00417-CEM-LHP

ORANGE COUNTY, FLORIDA,
Defendant.
_____/

# PRO SE MOTION FOR PERMISSION TO USE CM/ECF ELECTRONIC FILING SYSTEM

Plaintiff, Edward Edgar, proceeding pro se, respectfully moves this Court for permission to file documents electronically through the Court's CM/ECF system and states:

1. Plaintiff is the named Plaintiff in this action and is proceeding without counsel.
2. Plaintiff understands that electronic filing is not a right for pro se litigants but may be permitted at the Court's discretion pursuant to Local Rule 1.07 and the Court's CM/ECF Administrative Procedures.
3. Plaintiff represents that he:
   - Has regular access to a computer and the internet;
   - Is capable of preparing documents in PDF format;
   - Is able to comply with the Federal Rules of Civil Procedure, the Local Rules of the Middle District of Florida, and the Court's Administrative Procedures for Electronic Filing;
   - Understands that electronic filing constitutes consent to electronic service.
4. Granting CM/ECF access will:
   - Promote judicial efficiency;
   - Reduce Clerk's Office administrative burden;
   - Expedite service and receipt of Court orders;
   - Prevent delay in time-sensitive matters currently pending before the Court.
5. Plaintiff agrees to complete any required CM/ECF registration procedures and training required by the Clerk.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting Plaintiff permission to register for and use the CM/ECF electronic filing system in this case.

Respectfully submitted, Edward Edgar,   Pro Se Plaintiff,   edgar11457@yahoo.com
5389 Brahma av. Orlando Fl, 32810,   Phone 321-444-2727

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDWARD EDGAR,
Plaintiff,

v. Case No. 6:26-CV-00417-CEM-LHP

ORANGE COUNTY, FLORIDA,
Defendant.
_____/

# ORDER

This cause comes before the Court on Plaintiff's Pro Se Motion for Permission to Use the CM/ECF Electronic Filing System.

Upon consideration, and for good cause shown, it is hereby

**ORDERED:**

1. Plaintiff Edward Edgar is granted permission to register for and use the Court's CM/ECF electronic filing system in this case.
2. Plaintiff must comply with the Federal Rules of Civil Procedure, the Local Rules of the Middle District of Florida, and the Court's Administrative Procedures for Electronic Filing.
3. By using CM/ECF, Plaintiff consents to electronic service of all filings and Court orders through the Notice of Electronic Filing (NEF).
4. Failure to comply with applicable rules or procedures may result in revocation of electronic filing privileges.

DONE AND ORDERED in Orlando, Florida, on this ___ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE